**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNDERSEA BREATHING
SYSTEMS, INC.,

      Plaintiff,

v.                               CASE NO.:6:08-cv-229-ORL-22GJK

NU VENTURE DIVING CO.
d/b/a NUVAIR,

      Defendant.

_____/

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

      Plaintiff, Undersea Breathing Systems, Inc., through counsel, hereby gives notice of the voluntarily dismissal **without prejudice** of Defendant, Nu Venture Diving Co. d/b/a Nuvair, in the above-captioned matter pursuant to Rule 41(a), Federal Rules of Civil Procedure.

      Respectfully submitted this 16th day of May, 2008.

                                     */s/ Jeffrey S. Boyles*_____
                                     Brian R. Gilchrist
                                     Florida Bar No. 774065
                                     bgilchrist@addmg.com
                                     David Magana
                                     Florida Bar No. 41485
                                     dmagana@addmg.com
                                     Jeffrey S. Boyles
                                     Florida Bar No. 722308
                                     jboyles@addmg.com
                                    **ALLEN, DYER, DOPPELT,**
                                     **MILBRATH & GILCHRIST, P.A.**
                                     255 South Orange Avenue, Suite 1401
                                     Orlando, Florida 32801
                                     Telephone: 407-841-2330
                                     **Attorneys for Plaintiff**